JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD M. DOWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN SEBELIUS,<br>Secretary of Health &<br>Human Services,<br><br>　　　　Defendants. | Case No. EDCV 11-01850 VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the final decision of Defendant Kathleen Sebelius, Secretary of the Department of Health and Human Services, is AFFIRMED.  The Court orders that such judgment be entered.

Dated: October 19, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　United States District Judge